# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-07891-JAK (SHK) | Date: | December 5, 2019 |
| Title: | *Terry Leeshawn Lewis v. Los Angeles County, et al.* | | |

Present: The Honorable Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):  FINAL ORDER TO SHOW CAUSE**

On October 18, 2019, the Court dismissed Plaintiff's Complaint with leave to amend. Electronic Case Filing ("ECF No.") 14. The Court also provided Plaintiff with a blank Civil Rights Form and a Voluntarily Dismissal form if either was desired. Furthermore, on October 30, 2019, the Court issued its Order Granting Plaintiff's IFP Request and Ordering Plaintiff to Show Cause Why His Response to Court Order and Motion to Amend Complaint Should Not Be Denied and Why this Case Should Not Be Dismissed. ECF No. 17. Plaintiff's First Amended Complaint ("FAC") was due on before November 18, 2019. To date, Plaintiff has failed to file a FAC within the allotted time nor has he requested an extension of time within which to do so.

Accordingly, on or before **December 19, 2019**, Plaintiff is ORDERED to either (a) advise the Court that he does not desire to pursue this action; (b) if plaintiff does desire to pursue this action, show good cause in writing, if any exists, why plaintiff has not timely filed with the Court his FAC, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order; (c) state that he wishes to proceed in the matter based on the allegations in the original complaint; or (d) file a FAC. Plaintiff is forewarned that, if he fails to do either of the provided options, the Court **will** deem such failure a further violation of a Court order justifying dismissal, and also deem such failure as further evidence of a lack of prosecution on Plaintiff's part, which will result in the Magistrate Judge

/ / /

recommending that the matter be dismissed, without prejudice, for failure to prosecute or follow the Court's orders pursuant to Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**