JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEESHAWN LEWIS,<br><br>        Plaintiff,<br><br>    v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>        Defendant. | Case No. 2:19-cv-07891-JAK (SHK)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that this action is **DISMISSED**, without prejudice.

Dated: January 2, 2020

_____
JOHN A. KRONSTADT
United States District Judge